**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE: THE HONORABLE RICHARD K. EATON, SENIOR JUDGE**

| | |
|---|---|
| UNITED STATES STEEL CORPORATION, | ) |
| *Plaintiff,* | ) |
| SSAB ENTERPRISES LLC, AND STEEL DYNAMICS, INC., | ) |
| *Plaintiff-Intervenor,* | ) Court. No. 21-00528 |
| v. | ) |
| UNITED STATES, | ) |
| *Defendant,* | ) |
| BLUESCOPE STEEL LTD., AND BLUESCOPE STEEL AMERICAS INC., | ) |
| *Defendant-Intervenors.* | ) |

**RESPONSE TO DEFENDANT-INTERVENORS' MOTION**
**TO CHANGE TRANSCRIPT TO REFLECT CORRECTION OF**
**MISTAKEN IMPRESSION**

Plaintiff United States Steel Corporation ("U. S. Steel") responds to Defendant-Intervenors' (collectively "BlueScope") November 14, 2022, Motion (ECF No. 62) and respectfully requests that the Court deny the motion as moot. As an initial matter, a motion of "mistaken impression" is not provided for under Rule 1 or any other rule of the Court. Moreover, the lack of any suggested change to the transcript in BlueScope's proposed motion confirms that there is nothing to correct. Accordingly, BlueScope's motion should be denied as moot.

As BlueScope's counsel conveyed during oral argument and confirmed in its motion, BlueScope calculated the price to the importer (BlueScope Steel Americas) by subtracting the

duty amount of $139.34 from the price charged to Steelscape. BlueScope's motion simply articulates the self-evident notion that to reverse that calculation, the duty amount of $139.34 would be added to the price charged to the importer to reach Steelscape's price.

Clarification of the Steelscape price is both unnecessary and irrelevant as the plain language of the reimbursement regulation is limited to the transaction between "the exporter or producer" and "the importer." 19 CFR § 351.402(f)(1)(i)(B). Steelscape is neither exporter/producer nor importer. The terms of the transaction that is relevant to Commerce's reimbursement rule were that BlueScope "sets the price to BSA {importer} at the FOB Australian port price, plus ocean freight**, plus duties** (a DDP price)." BlueScope Rebuttal Brief at 4 (P.R. 109, C.R. 265) (emphasis added). Instead, BlueScope **subtracted duties** to set the price to the importer. ECF No. 62 at 2. This was confirmed at oral argument and BlueScope's motion does not claim otherwise. There is nothing to correct.

For the reasons discussed above, Plaintiff U. S. Steel respectfully requests that the Court deny BlueScope's motion as moot.

Respectfully submitted,

/s/ Sarah E. Shulman

Thomas M. Beline
Yohai Baisburd
Sarah E. Shulman

CASSIDY LEVY KENT (USA) LLP
900 19th Street, N.W.
Suite 400
Washington, D.C. 20006
 (202) 567-2300

*Counsel to United States Steel Corporation*

Date:   November 15, 2022