UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| UNITED STATES STEEL CORPORATION, : | |
| Plaintiff, : | |
| and : | |
| SSAB ENTERPRISES, LLC, and : | |
| STEEL DYNAMICS, INC., : | Before: Richard K. Eaton, Judge |
| Plaintiff-Intervenors, : | |
| v. : | Court No. 21-00528 |
| UNITED STATES, : | |
| Defendant, : | |
| and : | |
| BLUESCOPE STEEL LTD. and BLUESCOPE : | |
| STEEL AMERICAS, INC., : | |
| Defendant-Intervenors. : | |

**ORDER**

The Court may act *sua sponte* to stay proceedings. *See In re Home Prods. Intern., Inc.*, 475 F. App'x 338, 339 (Fed. Cir. 2012) (citation omitted) ("The decision to stay proceedings is within the sound discretion of the trial court."); *see also Cherokee Nation of Okla. v. United States*, 124 F.3d 1413, 1416 (Fed. Cir. 1997) (citation omitted) ("The power of a federal trial court to stay its proceedings, even for an indefinite period of time, is beyond question.").

This case, which involves the Department of Commerce's third administrative review of the antidumping duty order covering hot-rolled steel from Australia, shares an issue identical to that in the Court's decision in *U.S. Steel Corp. v. United States*, 46 CIT __, __, 578 F. Supp. 3d 1323 (2022), involving the second administrative review of the same antidumping duty order. That

Court No. 21-00528     Page 2

is, the sole issue in the prior *U.S. Steel Corp.* case was the reimbursement of antidumping duties—one of two issues in the present case.

Plaintiffs in the prior *U.S. Steel Corp.* case appealed to the Federal Circuit. *See U.S. Steel Corp. v. United States*, No. 22-2078 (Fed. Cir. filed Aug. 1, 2022). The issue has been fully briefed at the Federal Circuit, and the docket, as of the date of this Order, reflects that oral argument is in the process of being scheduled.

Accordingly, it is hereby

**ORDERED** that this action is stayed pending resolution of the appeal in *U.S. Steel Corp. v. United States*, No. 22-2078.

/s/ Richard K. Eaton
Judge

Dated: May 16, 2023
New York, New York